Entered on Docket
December 30, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@wiggslaw.com

(Proposed) Attorney for Debtor in Possession
VIKRAM SRINIVASAN

The Relief Sought in the following order is DENIED.
Signed: December 30, 2020

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Motions requesting an order shortening time must comply with B.L.R. 9006-1. Should Debtor refile the motion, it should, among other things, explain the delay in filing the motion and request permission from the real party in interest to the underlying motion to extend the automatic stay. The court also notes there is no available calendar date prior to January 9, 2021.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>VIKRAM SRINIVASAN,<br><br>Debtor in Possession. | Case No.: 20-51735<br><br>Chapter 11<br><br>ORDER SHORTENING TIME<br><br>Date:<br>Time:<br>Location: Tele/videoconference<br>Judge: Hon. Stephen L. Johnson |

The EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION BY DEBTOR FOR ORDER EXTENDING FULL AUTOMATIC STAY AS TO ALL CREDITORS [11 U.S.C. §362(C)(3)] ("Application") of the Debtor and Debtor-in-Possession Vikram Srinivasan ("Debtor") having been presented and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Application is approved. An interim hearing shall be held on the MOTION BY DEBTOR FOR ORDER EXTENDING FULL AUTOMATIC STAY AS TO ALL CREDITORS

[11 U.S.C. §362(C)(3)] ("Motion") on _____ at _____.

2. Good and sufficient notice of the hearing on the Motion shall be deemed given if served upon all creditors listed on the Debtor's list of creditors holding the 20 largest unsecured claims, the Office of the United States Trustee, all secured creditors and their known counsel and any party that has served the Debtor with a request for special notice. Where the Debtor has an email address for any of the above parties, the Debtor may serve such parties by email delivery. Otherwise, service shall be by overnight mail or similar delivery.

3. Any opposition to the Motion may be filed electronically or presented orally at the time of the hearing.

**END OF ORDER**

SERVICE LIST

*NONE