

The following constitutes the order of the Court.
Signed: January 4, 2021

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **VIKRAM SRINIVASAN**,

Debtor.

Case No. 20-51735 SLJ
Chapter 11

## ORDER ON APPLICATION TO SET
## MATTER FOR HEARING AND FOR AN ORDER
## SHORTENING TIME FOR NOTICE

On December 29, 2020, Debtor Vikram Srinivasan filed a motion to extend the automatic stay, ECF 23, as well as an application requesting the motion be noticed and heard on shortened time, ECF 24. I denied the application on December 30, 2020 because it did not comply with B.L.R. 9006-1.[1] ECF 26. Debtor refiled the application on January 2, 2021, correcting the omissions I identified previously. ECF 28.

Debtor having satisfied the requirements of B.L.R. 9006-1, and good cause appearing, the application to shorten time for notice and hearing is GRANTED. Due to the courthouse

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. All "Civil Rule" references are to the Federal Rules of Civil Procedure and all "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure. "Civil L.R." and "B.L.R." references refer to the applicable Civil Local Rules and Bankruptcy Local Rules.

ORDER ON APPLICATION TO SET
MATTER FOR HEARING AND FOR AN ORDER
SHORTENING TIME FOR NOTICE

being closed on account of the COVID-19 pandemic, and that no open calendars are available in the time frame requested, I will consider Debtor's motion to extend the automatic stay on the papers, as a substitute for an in-person or telephonic hearing.

It is therefore ORDERED that Debtor file notice of the motion and serve such notice <u>and this order</u> on secured creditor Wedgewood LLC by **January 4, 2021 <u>by e-mail</u>** to its counsel. Debtor shall promptly file a certificate of service of those papers.

IT IS FURTHER ORDERED that any **written response** by Wedgewood shall be filed and served by e-mail by **January 7, 2021**. The matter will then be submitted.

IT IS FURTHER ORDERED that should I grant Debtor's motion to extend the stay, such an order shall only extend the stay to the date of Wedgewood's pending motion for relief from stay, now set for hearing on **February 2, 2021**.

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients only]

ORDER ON APPLICATION TO SET
MATTER FOR HEARING AND FOR AN ORDER
SHORTENING TIME FOR NOTICE 3/3