Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

(Proposed) Attorney for Debtor in Possession
VIKRAM SRINIVASAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No.: 20-51735 |
| | Chapter 11 |
| VIKRAM SRINIVASAN, | CERTIFICATE OF SERVICE |
| Debtor in Possession. | |

I, the undersigned, state that I am employed in the City of San Mateo, County of San Mateo, in the State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 1900 S. Norfolk St., Ste. 350, San Mateo, CA 94403. On the date hereon, I served the foregoing documents described as:

NOTICE OF HEARING ON MOTION BY DEBTOR FOR ORDER EXTENDING FULL AUTOMATIC STAY [11 U.S.C. §362(C)(3)];

ORDER ON APPLICATION TO SET MATTER FOR HEARING AND FOR AN ORDER SHORTENING TIME FOR NOTICE;

And this CERTIFICATE OF SERVICE;

1
CERTIFICATE OF SERVICE

On the following parties:

| David M. Poitras<br>Amelia B. Valenzuela<br>WEDGEWOOD, LLC<br>2015 Manhattan Beach Blvd. Suite 100<br>Redondo Beach, CA 90278<br><br>Email: dpoitras@wedgewood-inc.com;<br>avalenzuela@wedgewood-inc.com | *Administrator of the Civic Holdings III Trust and Civic Real Estate Holdings III, LLC* |
|---|---|

By Email Transmission: By causing a true copy of said document(s), to be transmitted by email to the email addresses shown, known by or represented to me to be the parties/persons/firms current email information. The transmission was reported as complete and without error.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on January 4, 2021 in San Mateo, California.

                                                                                GEOFFREY E. WIGGS