Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

(Proposed) Attorney for Debtor in Possession
VIKRAM SRINIVASAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**VIKRAM SRINIVASAN**,<br><br>Debtor in Possession. | Case No.: 20-51735<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR RECONSIDERATION OF ORDER DENYING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**<br><br>**Date: February 16, 2021**<br>**Time: 2:00 pm** |

**TO THE HONORABLE STEPHEN L. JOHNSON, 20 LARGEST UNSECURED CREDITORS, SECURED CREDITORS, THE UNITED STATES TRUSTEE AND PARTIES REQUESTING SPECIAL NOTICE:**

PLEASE TAKE NOTICE that on **February 16, 2021** at **2:00 pm** in **Courtroom 9** located at **280 South First Street, San Jose, California 95113 (Please note that no personal appearances are allowed due to COVID-19 restrictions. For appearance information please see below.)** Debtor will and hereby does Move for Reconsideration of the Order Denying Debtor's Motion to Extend the Automatic Stay ("Motion").

1

Debtor makes this Motion pursuant to Rule 60 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case by Rule 9024 of the Federal Rules of Bankruptcy Procedure. By this Motion, Debtor respectfully requests that the Court reconsider its Order denying Debtor's Motion to Extend the Automatic Stay, which was entered by the Court on January 8, 2021.

A copy of this Notice and Motion, the Memorandum of Points and Authorities, Declaration of Debtor-in-Possession, and Declaration of Renzo Renzi are filed and served concurrently herewith. The Motion requests that the Court reconsider its Order denying Debtor's Motion to Extend the Automatic Stay.

**PURSUANT TO FOURTH AMENDED GENERAL ORDER 38, Dated SEPTEMBER 23, 2020**

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1(b)(3) of the United States Bankruptcy Court for the Northern District of California that Debtor Vikram Srinivasan hereby moves for the Court to reconsider its Order denying Debtor's Motion to Extend the Automatic stay.

Any objection to the requested relief or request for a hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

**WHEREFORE**, Debtor respectfully requests that the Court reconsider its Order denying Debtor's Motion to Extend the Automatic Stay and further relief as the Court may deem just and proper under the facts and circumstances of this case.

Dated: January 19, 2021 */s/ Geoffrey E. Wiggs*
GEOFFREY E. WIGGS
(Proposed) Attorney for
Debtor in Possession