GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Email: Geoff@wiggslaw.com

(Proposed) Attorney for Debtor in Possession
VIKRAM SRINIVASAN

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| | Case No.: 20-51735 |
| In Re: | Chapter 11 |
| VIKRAM SRINIVASAN, | APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL FOR DEBTOR IN POSSESSION |
| Debtor in Possession. | |

TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY

JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR IN

POSSESSION; CREDITORS LISTED ON THE LIST OF CREDITORS HOLDING THE 20

LARGEST UNSECURED CLAIMS; AND ALL OTHER PARTIES ENTITLED TO NOTICE:

Debtor in Possession, Vikram Srinivasan (hereinafter referred to as "Applicant"), submits

this application (the "Application") to employ Vinod Nichani dba Nichani Law Firm (hereinafter

"Nichani"), who has his business office at 111 N. Market Street, Ste. 300, San Jose, California

95113, as Applicant's special counsel, effective retroactively to the retention date, as defined

below ("Retention Date"). This application is brought pursuant to section 327(a) and 328 of Title

1

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rule of Bankruptcy Procedure, and the United States Trustee Guidelines of Region 17.

## JURISDICTION AND VENUE

1.  This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2). The statutory bases for the relief requested herein are section 327 of the Bankruptcy Code and Bankruptcy Rule 2014.

## BACKGROUND

2. On December 10, 2020 (the "Petition Date"), Applicant filed a voluntary petition for relief under Chapter 11.

3. The Applicant desires to employ Nichani as Special Counsel to represent the Debtor in connection with bankruptcy adversary proceeding no. 21-05002 before this Court ("Adversary Proceeding").

4. On November 5, 2020 (the "Retention Date") Applicant entered into an engagement agreement with Nichani for services directly related to the Adversary Proceeding.

## RETENTION

5. The Applicant seeks Court approval to retain Nichani, effective retroactively as of the Retention Date, to provide legal services that will be required to prepare, file and prosecute the Adversary Proceeding through resolution.

6. Subject to further order of this Court, and without being exclusive, Nichani proposes to render the following types of legal services to the Applicant:

   a.   Advise, assist and represent Applicant in connection with the Adversary Proceeding.

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

7. Applicant wishes to employ Nichani in connection with such matters because of its expertise in adversary proceeding procedures and existing knowledge of Applicant's claim against Defendants. Applicant believes the employment of Nichani is in the best interests of the bankruptcy estate.

8. Applicant believes Nichani does not now hold nor represent interests adverse to that of the Applicant or the Applicant's estate and that Nichani is disinterested within the definition provided by 11 U.S.C. § 101(14).

9. To the best of Applicant's knowledge, Nichani does not have any previous connections with creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

10. Nichani does have a prior connection to the Applicant in that he represented him in a prior Chapter 11 bankruptcy, case number 19-42729, filed on December 2, 2019. Additionally, Nichani represented 1014 Diamond St LLC, whereby Applicant is the managing member and sole owner, in a Chapter 11 bankruptcy, case number 19-42562, filed on November 13, 2019.

11. The Applicant is advised based upon the Declaration of Vinod Nichani filed concurrently herewith that upon conducting diligent review, Nichani does not believe its representation of the Applicant represents an adverse interest or conflict which would preclude its employment as special counsel defined herein.

12. Applicant is informed regarding the terms of the employment of Nichani. The application will be the attorney's customary rates which are described in the engagement agreement between Debtor and Nichani. A copy of the engagement agreement is attached to the Declaration of Vinod Nichani filed herewith and is incorporated herein by this reference.

3

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

13. Applicant has paid Nichani the retainer deposit in the amount of twenty-thousand dollars ($20,000.00) (hereinafter "Deposit").

14. The Applicant has agreed with Nichani, subject this Court's approval, that he will be employed upon the following terms:

   a. Nichani shall place any unearned balance of the Deposit in Nichani's Trust Account. Notwithstanding any agreement to the contrary, fees may not be considered earned until work is performed at Counsel's normal hourly rate. Counsel may draw funds out of the trust account without a further court order as they are earned for services benefitting the representation only.

   b. Nichani shall accept no further funds from Applicant beyond the initial retainer without an authorizing court order.

   c. Approval of attorneys' fees and costs to be paid to Nichani by the Applicant are subject to one or more duly noticed fee applications approved by this Court.

   d. Nichani will bill at its customary hourly rates, which are described in the engagement agreement.

15. In addition to compensation for professional services rendered by its personnel, Nichani will seek reimbursement of only reasonable and necessary expenses incurred in connection with this case consistent with the Guidelines.

16. Applicant understands its obligations to pay fees and costs are subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Northern District of California and payment of such fees and costs are subject to prior court approval.

4

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

17. Applicant understands that the time billed is subject to compliance with the Guidelines and Bankruptcy Court review and approval.

18. Applicant understands that no agreement or understanding exists between Nichani and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case except for the general agreement for sharing compensation that exists between the partners of Nichani. Nichani holds no interest adverse to the Applicant, its estate or the creditors herein, with respect to any of the matters referred to herein.

WHEREFORE, Applicant respectfully requests that it be authorized to employ Vinod Nichani dba Nichani Law Firm as its special counsel and approve the engagement agreement, retroactive to November 5, 2020, the date of engagement.

Dated: January 22, 2021                                     ___/s/Vikram Srinivasan___
                                                           VIKRAM SRINIVASAN

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL