In re:                                                          Case No. 20-51735-SLJ

Vikram Srinivasan                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0971-5 | User: lblue | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 25, 2021 | Form ID: NTCRFBK | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Amelia Valenzuela, WEDGEWOOD, Office of the General Counsel, 2015 Manhattan Beach Blvd., Suite 100, Redondo Beach, CA 90278-1230 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amelia Valenzuela | on behalf of Creditor Wedgewood  LLC avalenzuela@wedgewood-inc.com, dmarcus@wedgewood-inc.com |
| Geoff Wiggs | on behalf of Debtor Vikram Srinivasan ECF@wiggslaw.com  WiggsGR82519@notify.bestcase.com |
| Jorge A. Gaitan | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ Jorge.A.Gaitan@usdoj.gov |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Vinod Nichani | on behalf of Plaintiff Vikram Srinivasan vinod@nichanilawfirm.com  NichaniVR98323@notify.bestcase.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 20−51735 SLJ 11 |
| | Chapter: 11 |
| Vikram Srinivasan | |

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

**To All Parties:**

You are hereby notified the enclosed Notice of Appeal has been filed by Vikram Srinivasan with the Clerk of the Bankruptcy Court. Pursuant to orders of the Judicial Council of the Ninth Circuit and the United States District Court for this district, this appeal is referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 1/25/21

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: La Keska Blue
Deputy Clerk

**NOTICE FROM CLERK OF 9TH CIRCUIT BAP:** For all cases opened at the BAP beginning February 1, 2015, all excerpts of record must be filed electronically and no paper copies will be necessary. In all other cases effective immediately any attorney or other electronic filer may file the excerpts electronically without submitting paper copies. Please see Rule 3 of the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website at www.ca9.uscourts.gov/bap/.