# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]

| | |
|---|---|
| Case No. | 20-51735 |

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 12/01/20          **PETITION DATE:** 12/10/2020

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in __$1__

| 2. | Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| | a. Current Assets | $3,348,484 | $3,348,484 | |
| | b. Total Assets | $3,348,484 | $3,348,484 | |
| | c. Current Liabilities | $3,700,000 | $3,700,000 | |
| | d. Total Liabilities | $0 | | |

| 3. | Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| | a. Total Receipts | $2,200 | | $2,200 |
| | b. Total Disbursements | $2,200 | $2,200 | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | ($2,200) | $2,200 |
| | d. Cash Balance Beginning of Month | $45,000 | | $0 |
| | e. Cash Balance End of Month (c + d) | $43,800 | $43,800 | $43,800 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | no |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | yes | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | yes | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | no |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | yes, but not the entire estate | |
| 13. | Are a plan and disclosure statement on file? | | no |
| 14. | Was there any post-petition borrowing during this reporting period? | | no |

15. Check if paid: Post-petition taxes ___ ;     U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 1/20/2021

_____
Responsible Individual

Revised 1/1/98

## BALANCE SHEET
### (Small Real Estate/Individual Case)
### For the Month Ended _____

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | _____ | $22,000 |
| 2 | Accounts receivable (net) | _____ | _____ |
| 3 | Retainer(s) paid to professionals | _____ | _____ |
| 4 | Other: _____ | _____ | _____ |
| 5 | _____ | _____ | _____ |
| 6 | **Total Current Assets** | | $22,000 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | _____ | _____ |
| 8 | Real property (rental or commercial) | _____ | _____ |
| 9 | Furniture, Fixtures, and Equipment | _____ | _____ |
| 10 | Vehicles | _____ | _____ |
| 11 | Partnership interests | _____ | _____ |
| 12 | Interest in corportations | _____ | _____ |
| 13 | Stocks and bonds | _____ | $2,757,500 |
| 14 | Interests in IRA, Keogh, other retirement plans | _____ | _____ |
| 15 | Other: _____ | _____ | _____ |
| 16 | _____ | _____ | _____ |
| 17 | **Total Long Term Assets** | | $2,757,500 |
| 18 | **Total Assets** | | $2,779,500 |

**Liabilities**

**Post-Petition Liabilities**

| | | | |
|---|---|---|---|
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | _____ |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | _____ |
| 21 | Post-petition delinquent taxes | | _____ |
| 22 | Accrued professional fees | | _____ |
| 23 | Other: _____ | | _____ |
| 24 | _____ | | _____ |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | _____ |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $2,700,000 |
| 29 | Secured claims (other) | | _____ |
| 30 | Priority unsecured claims | | $1,700,000 |
| 31 | General unsecured claims | | _____ |
| 32 | **Total Pre-Petition Liabilities** | | $4,400,000 |
| 33 | **Total Liabilities** | | $4,400,000 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 34 | **Total Equity (Deficit)** | | _____ |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,400,000 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined. The unsecured debts are from Summitridge poroperty after calculating the deficiency owed post foreclosure.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | | | |
| 2 | **Scheduled Gross Rents** | | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $0 | $0 | $0 |
| 8 | **Less:  Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | **Bank** | Bank of the West | | |
| 11 | **Account No.** | 655774488 | | |
| 12 | **Account Purpose** | DIP | | |
| 13 | **Balance, End of Month** | $1 | | |
| 14 | **Total Funds on Hand for all Accounts** | $1 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___12/01/20___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | $1,800 | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | $350 | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $2,150 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | ($2,150) | $0 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | ($2,150) | $0 |

Case: 20-51735    Doc# 62    Filed: 01/29/21    Entered: 01/29/21 16:37:03    Page 4 of 4

Revised 1/1/98