

LAW OFFICES OF GEOFF WIGGS
Geoffrey E. Wiggs (SBN 276041)
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

WAYNE GREENWALD, P.C.
Wayne M. Greenwald
475 Park Avenue South, 18th Flr.
New York, NY 10016

The following constitutes the order of the Court.
Signed: March 23, 2021

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Vikram Srinivasan<br><br>                            Debtor. | Adversary Proceeding Case No.: 21-05002<br><br>Core Case No.: 20-51735<br><br>Chapter 11 |
| VIKRAM SRINIVASAN,<br>                Plaintiff,<br><br>v.<br><br>FAY SERVICING, LLC, a Delaware Limited Liability Company; CIVIC HOLDINGS III TRUST, a Delaware Statutory Trust; CIVIC REAL ESTATE HOLDINGS III, LLC, a Delaware Limited Liability Company; ANTHONY and LISA NADALIN, individuals; DOES 1 through 20, inclusive,<br>                Defendants | |

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Wayne M. Greenwald, whose business address and telephone number is Wayne Greenwald, P.C., 475 Park Avenue South, 18th Floor, New York, NY 10016; (212) 983-1922, and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Vikram Srinivasan

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**