Entered on Docket
April 06, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: April 5, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **VIKRAM SRINIVASAN**,

Debtor.

Case No. 20-51735 SLJ
Chapter 11

### ORDER DIRECTING FURTHER BRIEFING ON APPLICATION TO EMPLOY SPECIAL COUNSEL

On March 23, 2021, Debtor Vikram Srinivasan filed an application to employ Wayne Greenwald as special counsel to prosecute an appeal of my order denying Debtor's request for a preliminary injunction in a related adversary proceeding. ECF 81; *see* Case No. 21-5002 ("TRO AP") ECF 37. No one opposed the application.

But on March 31, 2021, I granted a motion to dismiss that adversary proceeding without leave to amend, TRO AP ECF 65, and entered judgment against Plaintiff and for all defendants on all causes of action, TRO AP ECF 66. My understanding is that dismissing the TRO AP and entering a judgment mooted Debtor's appeal of my order denying him a preliminary restraining order. *See Taylor v. United States*, 181 F.3d 1017, 1022–23; *Teamsters Joint Council No. 42 v. Int'l Brotherhood of Teamsters, AFL-CIO*, 82 F.3d 303, 307 (9th Cir. 1996); *Mt. Graham Red Squirrel v. Madigan*, 954 F.2d 1441, 1450 (9th Cir. 1992). And since Debtor's application states Greenwald will only be employed to prosecute an appeal that is now moot,

ORDER ON APPLICATION TO EMPLOY SPECIAL COUNSEL
1/3

granting the application to employ seems unnecessary. That said, Debtor filed this application before I dismissed the TRO AP and entered judgment, so his intentions regarding Greenwald's employment may have changed since. And, he may have grounds to appeal the denial of the entry of the preliminary restraining order that I am not aware of.

Accordingly, it is hereby ordered that Debtor shall file a response to this order by **April 12, 2021**, explaining:

1. Whether Debtor agrees that his appeal of my order denying him a preliminary injunction is mooted by the TRO AP being dismissed without leave to amend.
2. Whether I can grant the relief Debtor seeks in this application if such appeal was mooted by the TRO AP's dismissal.

Should Debtor fail to respond by **April 12, 2021**, I will deny this application for lack of merit in light of the TRO AP being moot. If Debtor now seeks to employ Greenwald for more than what is currently requested in the application, Debtor may file an amended application so stating by **April 12, 2021** instead of responding to this order.

IT IS SO ORDERED.

**END OF ORDER**

ORDER ON APPLICATION TO EMPLOY SPECIAL COUNSEL
2/3

**COURT SERVICE LIST**

[ECF recipients only]

ORDER ON APPLICATION TO EMPLOY SPECIAL COUNSEL
3/3