| | |
|---|---|
| 1 | MARTA E. VILLACORTA (NY SBN 4918280)<br>Assistant United States Trustee |
| 2 | JORGE GAITAN (SBN 288427)<br>Trial Attorney |
| 3 | United States Department of Justice<br>Office of the United States Trustee |
| 4 | 280 South First St., Suite 268<br>San Jose, CA 95113 |
| 5 | Telephone: (408) 535-5525<br>Facsimile: (408) 535-5532 |
| 6 | Email: Jorge.a.gaitan@usdoj.gov |
| 7 | Attorneys for TRACY HOPE DAVIS<br>United States Trustee for Region 17 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>VIKRAM SRINIVASAN,<br><br>Debtor. | Case No. 20-51735<br><br>Chapter 11<br><br>Date: June 9, 2021<br>Time: 2:00 p.m.<br>Place: ** Hearing to be conducted by Telephone or Video Conference (see p. 2 of Notice of Hearing for instructions)<br><br>Judge: Hon. Stephen L. Johnson |

**NOTICE OF HEARING ON MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT CASE**

**PLEASE TAKE NOTICE** that on **June 9, 2021, at 2:00 p.m.**, or as soon thereafter as the matter may be heard before the Honorable Stephen L. Johnson of the United States Bankruptcy Court for the Northern District of California, a hearing on the Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss or Convert Case (the "Motion") will be held.

**PLEASE TAKE NOTICE** that, pursuant to the Amended General Order No. 38 (Attached as Exhibit A) of the United States Bankruptcy Court for the Northern District of California, the hearing on the Motion **will not** be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c)(1), any opposition shall be filed and served upon the initiating party at least fourteen days prior to the hearing on the Motion. The Motion and all supporting pleadings filed by the Office of the U.S. Trustee may be viewed online and downloaded at http://www.canb.uscourts.gov.

Dated: April 27, 2021

Respectfully submitted,

Tracy Hope Davis
United States Trustee, Region 17

By: /s/ Jorge A. Gaitan
JORGE A. GAITAN
Trial Attorney for the United States Trustee

# EXHIBIT "A" TO NOTICE OF HEARING

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:

MATTERS PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA

SIXTH AMENDED GENERAL ORDER 38

## IN RE: COVID-19 Public Health Emergency

**WHEREAS** in March 2020, the United States Bankruptcy Court for the Northern District of California (the "Court") closed its courtrooms and Clerk's office in response to the COVID-19 pandemic;

**WHEREAS** the Court believes that there is an ongoing need to keep its courtrooms and Clerk's office closed and does not know when it can safely reopen;

**NOW THEREFORE**, the United States Bankruptcy Court for the Northern District of California issues the following Sixth Amended General Order 38, and **ORDERS** as follows:

1. Except as footnoted below,[1] all Bankruptcy Court locations are closed. **This closure will remain in effect until otherwise ordered**. ECF Registered Participants must file all documents electronically. All other parties may submit documents for filing by mail, electronically via the court's website, or in designated drop-box locations. Filing fee payments (no cash) may be submitted electronically, by mail or drop-box. Information regarding electronic submission of documents, mailing addresses, drop-box location and hours, are available under the "Court Operations during the COVID-19 Outbreak

---

[1] Access to the public kiosk computer terminals located at the Clerk of Court offices in San Francisco and San Jose can be made available by appointment only. Contact the Helpdesk at Helpdesk@canb.uscourts.gov for more information.

Information about Hearings, Filings, and Operations" banner on the court's website: https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak

2. Absent express order of the presiding judge, no in-court trial or evidentiary hearing will be held. If the circumstances warrant, the presiding judge may conduct a trial or evidentiary hearing by video or other authorized means.

3. All counsel, parties and other interested persons who intend to appear on a calendared motion or application shall appear telephonically or, at the presiding judge's discretion, by video. Again, absent express order of the presiding judge, there will be no physical access to any courtroom. Instructions for appearing can be found on each individual judge's calendar page on the Bankruptcy Court's website: https://www.canb.uscourts.gov/calendars/judges.

Effective March 1, 2021, the Bankruptcy Court no longer uses CourtCall for its hearings. Instead, counsel, parties and other interested persons may appear telephonically via AT&T or Zoom. Instructions for appearing telephonically can be found on each individual judge's calendar page on the Bankruptcy Court's website: https://www.canb.uscourts.gov/calendars/judges. There is **NO COST** for these services.

4. **Recordation of any court hearing by any means is strictly prohibited**. Any person recording a court hearing shall be subject to sanctions, including but not limited to the loss of that person's right to use the above telephonic and video services.

5. Until further notice, parties do not need to submit chambers' copies.

6. Parties may continue matters that are set for hearing to future hearing dates that are consistent with this Order. Available hearing dates are posted on each judge's calendar page. Requests for continuances shall be made in a manner consistent with the presiding judge's requirements.

7.     Unless otherwise ordered by the presiding judge, there is no change to all other scheduling procedures including, but not limited to, applications for injunctive relief, orders shortening time, and hearings on "First Day" Chapter 11 motions.

8.     Unless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: "All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

9.     This Order supersedes any inconsistent information or direction in any standing order or notice related to the COVID-19 pandemic, and it replaces the Fifth Amended General Order 38.

**IT IS SO ORDERED.**

Dated: March 5, 2021

Charles Novack
Chief Bankruptcy Judge