UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: | | Bankruptcy No.: |
|---|---|---|
| | | R.S. No.: |
| | | Hearing Date: |
| Debtor(s) | | Time: |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: _____   Chapter: _____
     Prior hearings on this obligation: _____   Last Day to File §523/§727 Complaints: _____

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor  [  ] or lessor [  ]
   Fair market value:       $_____   Source of value:_____
   Contract Balance:        $_____   Pre-Petition Default:    $_____
   Monthly Payment:         $_____        No. of months: _____
   Insurance Advance:       $_____   Post-Petition Default:   $_____
                                                    No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____   Source of value:_____   If appraisal, date:_____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.            $_____   Pre-Petition Default:    $_____
   As of (date): _____                 No. of months: _____
   Mo. payment:            $_____   Post-Petition Default:   $_____
   Notice of Default (date): _____          No. of months: _____
   Notice of Trustee's Sale: _____      Advances Senior Liens:   $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D)  Other pertinent information:

Dated:                                                 _____
                                                                    Signature
                                                       _____
                                                                Print or Type Name

                                         Attorney for_____

CANB Documents Northern District of California

Case: 20-51735   Doc# 98   Filed: 05/20/21   Entered: 05/20/21 12:01:05   Page 1 of 1