```
1  LAW OFFICES OF SHALOM RUBANOWITZ, INC.
   SHALOM RUBANOWITZ, Bar #: 176544
2  124 North La Brea Avenue
   Los Angeles, CA 90036
3  Tel: 323-902-0721  Fax: 323-931-7514
   Attorneys for Movant
```

IN THE UNITED STATES BANKRUPTCY COURT
NORTHEN DISTRICT OF CALIFORNIA-SAN JOSE

| | |
|---|---|
| Vikram Srinivasan<br><br>              Debtor<br><br>―――――――――――<br><br>CLE CAPITAL PARTNERS, LLC,<br><br>              Movant<br><br>Vs.<br><br>Vikram Srinivasan, Debtor, United States Trustee,<br><br>              Respondents. | CHAPTER   11<br><br>CASE NO.  **20-51735**<br><br>**R.S. NO.: SHR-001**<br><br>NOTICE OF MOTION FOR RELIEF FROM THE<br>AUTOMATIC STAY;<br>MEMORANDUM OF POINTS AND AUTHORITIES<br><br>**DATE: June 8, 2021**<br>**TIME:  10:00 a.m.**<br>**CTRM:  9  (San Jose)** |

TO: THE HONORABLE STEPHEN L. JOHNSON, THE DEBTOR, DEBTOR'S ATTORNEY, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN  INTEREST:

PLEASE TAKE NOTICE that a hearing will be held by the above-entitled Court located at 280 South First Street, San Jose, CA 95113, on June 8, 2021 at 10:00 a.m., before the Honorable Stephen L. Johnson, bankruptcy judge presiding, on CLE CAPITAL PARTNERS, LLC's ("Movant's") Motion for Stay Relief ("Motion"), pursuant to which Movant will and do

move the Court, pursuant to 11 U.S.C. § 362(d)(1), (2), and (4) for an order terminating the automatic stay as to the real property generally described as 1651 Green Valley Road, Danville, CA 94526 (hereinafter referred to as the "Property") .

The hearing will not be conducted in the presiding judge's courtroom but will instead be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that Movants will seek an order granting in rem and prospective relief whereby the order granting the Motion will be binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that Movant will further request that the fourteen (14) day stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) not be applicable to any order entered granting the Motion. The Motion is based upon § 362 (d)(1), (2), and (4) of the Bankruptcy Code, Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and United States Bankruptcy Court for the Northern District of California Local Rules 4001-1 and 9014-1.

The Motion is also based upon this Notice of Hearing, the accompanying Motion for Relief from the Automatic Stay, the declaration of Chris Powell and this Court's Relief from Stay Cover Sheet, all filed concurrently herewith, any and all pleadings on file in the above-entitled chapter 11 case, and any additional documents, evidence and arguments of counsel as may be presented at or before the time of the hearing on the Motion. Copies of the Motion, the Powell Dec. and any other related pleadings filed in support of the Motion may be obtained from counsel to Movants, whose name and contact information appear in the upper left hand corner of this Notice, or from the Clerk of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Debtor must appear personally or by

counsel at the time and place (via telephone or video as instructed by the Bankruptcy Court) specified above for the hearing on this matter. In the event that the Debtor does not appear, either personally or by counsel, at the hearing on the Motion, the Motion may be granted by default and without further hearing. Oppositions, if any, may be presented at the hearing on the Motion. If opposition is presented, or if there is other good cause shown, the Court may continue the hearing to permit the filing of evidence and briefs.

Dated: May 14, 2021    Respectfully Submitted:

By: ___/s/shalom rubanowitz_____
**SHALOM RUBANOWITZ**
ATTORNEY FOR CLE CAPITAL PARTNERS, LLC