

The following constitutes the order of the Court.
Signed: June 1, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re <br><br> **VIKRAM SRINIVASAN**, <br><br> Debtor. | Case No. 20-51735 SLJ <br><br> Chapter 11 |

## ORDER CONTINUING STATUS CONFERENCE

A status conference in the above-captioned bankruptcy case is currently set for June 3, 2021 at 10:00 a.m. But because there is a pending motion set for the week after that may have a material impact on the administration of this case, it is hereby ordered that the status conference currently set for June 3, 2021 at 10:00 a.m. is continued to **August 5, 2021** at **10:00 a.m.** A status conference statement from Debtor is due by **July 29, 2021**.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients only]

ORDER CONTINUING STATUS CONFERENCE 2/2