

The following constitutes the order of the Court.
Signed: June 8, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VIKRAM SRINIVASAN,<br><br>Debtor. | Case No.: 20-51735 SLJ<br><br>Chapter 11<br><br><u>Scheduled Hearing Date</u><br>Date: June 9, 2018<br>Time: 2:00 PM<br>Ctrm: ZOOM |

## ORDER GRANTING MOTION TO CONVERT CASE

On April 27, 2021, the United States Trustee filed her Motion, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert or Dismiss Case. According to the Bankruptcy Local Rule 9014-1(c)(1), an opposition or other response to the motion was due to be filed not later than May 26, 2021. No opposition has been filed. The only pleading filed in connection with the motion was that of Creditor Dipak Patel dba Pramukh Financial Services, which supports the motion and requests that the case be converted to chapter 7 so a trustee can be appointed. I conclude on the record present that the motion was timely filed, properly served, and appears to be proper in form in substance and should be granted.

Counsel for debtor appeared before the court on June 8, 2021, on a different matter in this case (see DKT 99) and argued there is equity in the real property that was the subject of that motion. Given that argument, my review of the statements and schedules filed in this case,

and the possibility that assets can be sold to pay claims, consistent with 11 U.S.C. 704, I conclude that conversion is in the best interests of creditors.

The United States Trustee's Motion is GRANTED and the case is CONVERTED to chapter 7.

The court vacates the hearing date in view of the closure of the courthouse and sheltering required by local authorities in response to the COVID-19 virus. The United States Trustee is directed to upload an order in the ECF system.

No appearances are required at the date and time specified in the notice of hearing

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications

ORDER GRANTING MOTION TO CONVERT

-3-