Entered on Docket
June 16, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
JORGE GAITAN (SBN 288427)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Jorge.a.gaitan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

The following constitutes the order of the Court.
Signed: June 16, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 20-51735 |
| VIKRAM SRINIVASAN, | Chapter 11 |
| Debtor. | Date: June 9, 2021<br>Time: 2:00 p.m.<br>Place: [HEARING VACATED]<br>Judge: Hon. Stephen L. Johnson |

## ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR DISMISS CASE

On April 27, 2021, Tracy Hope Davis, the United States Trustee for Region 17 (the "UST"), filed her Motion, pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014 (the "Motion"), to Dismiss or Convert the Chapter 11 case of Vikram Srinivasan ("Debtor"). The hearing was set for June 9, 2021, at 2:00 p.m. On June 8, 2021, the Court entered an order granting the Motion, converting the Debtor's case to a case under chapter 7, and vacating the June 9, 2021, hearing (the "Order"). ECF No. 108.

For the reasons stated in the Court's Order, and good cause appearing,

IT IS ORDERED that the UST's Motion is GRANTED.

IT IS FURTHER ORDERED that the case is converted to Chapter 7.

* * END OF ORDER * *

**COURT MAILING LIST:**

ECF Participants Only