LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Ste. 350
San Mateo, Ca 94403-1171
Main: (650) 577-5952
Fax: (650) 577-5953
Geoff@WiggsLaw.com

Attorneys for the Debtor
Vikram Srinivasan

WAYNE M. GREENWALD
(*Pro Hac Vice* )
WAYNE GREENWALD P.C.
475 Park Avenue South- 18th Fl
New York, NY 10016
Tel: 212-983-1922
Fax: 877-254-1003
Email: Grimlawyers@aol.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 20-51735 SLJ |
| VIKRAM SRINIVASAN, | Chapter 11 |
| Debtor. | NOTICE OF DEBTOR'S MOTION FOR ORDERS RELIEVING HIM FROM AND GRANTING A REHEARING ON THE ORDERS CONVERTING THIS CASE TO A CHAPTER 7 |

_____

**MOTION BY:**        The Debtor, Vikram Srinivasan

**PLACE, DATE AND**
**TIME OF MOTION:**    At the United States Bankruptcy Court, Northern District of California, San Jose Division, 280 South First Street, San Jose, CA 95113, before the Honorable Stephen L. Johnson, on August 3, 2021, at 2:00 p.m.

The hearing will not be conducted in the presiding judge's courtroom but will instead be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**RELIEF SOUGHT:**    Orders: A.) pursuant to Fed.R.Bankr.P. 9023 and 9024 and Fed.R.Civ.P. 59, and 60(b), granting the Debtor relief from

1

and a rehearing concerning this Court's orders of June 8, 2021 and June 16, 2021 which granted the motion of the Office of the United States Trustee and converted this case from one under Chapter 11 of the Bankruptcy Code to one under Chapter 7; and

B.) granting such other and further relief as this Court deems proper.

**SUPPORTING PAPERS:** "Debtor's Motion for Orders Relieving Him from and Granting a Rehearing on the Orders Converting this Case to a Chapter 7 with Points and Authorities" dated June 22, 2021

<u>**RESPONSIVE PAPERS**</u>: If any, are required to be filed and received by the undersigned in accordance with the Court's rules.

Dated: New York, NY
          June 22, 2021

GEOFF WIGGS
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Ste. 350
San Mateo, Ca 94403-1171
Main: (650) 577-5952
Fax: (650) 577-5953
Geoff@WiggsLaw.com

By:___/s/ Geoff Wiggs_____
          Geoff Wiggs

Attorney for Debtor
Vikram Srinivasan

WAYNE M. GREENWALD
(*Pro Hac Vice*)
WAYNE GREENWALD P.C.
475 Park Avenue South- 18th Fl
New York, NY 10016
Tel: 212-983-1922
Fax: 877-254-1003
Email: Grimlawyers@aol.com

By:__Wayne M. Greenwald ___Pres.
          Wayne M. Greenwald

2