

The following constitutes the order of the Court.
Signed: June 25, 2021

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **VIKRAM SRINIVASAN**, <br><br> Debtor. | Case No. 20-51735 SLJ <br> Chapter 11 |

### ORDER DENYING MOTION FOR STAY PENDING APPEALS

On June 8, 2021, Debtor Vikram Srinivasan filed a motion requesting a stay pending his appeal of orders I entered both in the above-captioned bankruptcy case and in a related adversary proceeding. ECF 106. But on June 16, 2021, I granted the United States Trustee's motion to convert Debtor's case from Chapter 11 to Chapter 7.[1]

"Under section 323 of the Bankruptcy Code, a trustee is the representative of the debtor's estate and has the capacity to sue and be sued. Once appointed a trustee, the debtor's assets and claims pass to the trustee, making the trustee 'the proper party in interest, and the only party with standing to appeal the bankruptcy court's order.'" *In re Eisen*, 31 F.3d 1447, 1451 n.2 (9th Cir. 1994) (citations omitted). I find this means Debtor's right to seek a

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. All "Civil Rule" references are to the Federal Rules of Civil Procedure and all "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure. "Civil L.R." and "B.L.R." references refer to the applicable Civil Local Rules and Bankruptcy Local Rules.

ORDER DENYING MOTION FOR STAY PENDING APPEALS
1/3

1 stay pending his appeals also passed to the Chapter 7 Trustee upon conversion, meaning
2 Debtor either lacks standing to assert the motion, or the motion is now moot. Either way, I
3 conclude it appropriate to deny this motion, though without prejudice to it being raised by
4 another party later. In addition, if Debtor contends he has standing to bring this motion
5 notwithstanding my converting his case, he should submit a further motion with controlling
6 authority to support that contention.

7 Accordingly, it is hereby ordered that Debtor's motion requesting a stay pending his
8 appeals is denied, either as moot or for lack of standing. Such denial is without prejudice to
9 another party requesting such relief, or Debtor refiling with an explanation of why he may
10 pursue this motion notwithstanding conversion.

11 IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients only]

ORDER DENYING MOTION FOR STAY PENDING APPEALS
3/3