Form ONDFA

# UNITED STATES BANKRUPTCY COURT
# California Northern Bankruptcy Court

| In Re: Vikram Srinivasan | Case No.: 20–51735 |
|---|---|
| Debtor(s) | Chapter: 7 |

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE
## TO APPEAR AT MEETING OF CREDITORS

**Notice is hereby given** that the debtor(s) failed to appear at the meeting of creditors. Therefore, in accordance with the **Notice of Chapter 7 Bankruptcy Case** filed on 7/23/21, it is ordered that this case is hereby dismissed.

Dated: 8/5/21

By the Court:

Stephen L. Johnson
United States Bankruptcy Judge