Case 4:21-cv-01031-JST   Document 25   Filed 09/03/21   Page 1 of 1

Entered on Docket
October 06, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM SRINIVASAN,<br><br>    Appellant,<br><br>    v.<br><br>WEDGEWOOD, LLC, et al.,<br><br>    Appellees. | Case No. 21-cv-01031-JST<br><br>**ORDER DISMISSING CASE** |

Appellees have suggested that this case is moot and should be dismissed. ECF No. 23. The Court ordered that any party objecting to dismissal shall file objections by September 1, 2021, and provided that "[i]f no objections are received, the Court will dismiss this case as moot." ECF No. 24.

The deadline to file objections has passed, and no objections have been received. Accordingly, this case is dismissed as moot.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 3, 2021

                              JON S. TIGAR
                              United States District Judge