# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# COPY REQUEST FORM
### ***PLEASE PRINT LEGIBLY***

Requesting Party Name: Sarai Mejia    Date: 5/3/2022

Address: 175 N. Redwood Drive, Suite 250

Telephone Number: 415-472-7880

Case Number: 20-51735    OPEN ☐    CLOSED ☑

Case Name: In Re: Vikram Srinivasan

Documents to be copied:

| Document No. | Document Title | Number of Copies ($0.50 per page) | Certification ($11.00 each) |
|---|---|---|---|
| 1 | Voluntary Petition for Individuals Filing for Bankr | 1 | 1 |
| 18 | B104: For Individual Chapter 11 Cases | 1 | 1 |
| | | | |
| | | | |

Records to be copied:

☐ Case Docket

☐ Claims Register

**All copy request fees must be paid in advance. Personal Checks and Cash ARE NOT accepted.**

| | | |
|---|---|---|
| NUMBER OF PAGES TO BE COPIED: 42 | X $0.50 | = $ 21.00 |
| NUMBER OF DOCUMENTS TO BE CERTIFIED: 2 | X $11.00 | = $ 22.00 |
| | TOTAL: | $ 43.00 |

Paper copies to be returned by U.S. Mail  ☑

Paper copies to be picked up at the Clerk's Office  ☐

*For returns by mail, please include a self-addressed envelope with sufficient postage included.*